UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR356 HEA |
| ) | |
| JESSICA HARRIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the Court upon the Government's Motion to Continue Trial Setting [Doc. #19]. Defendant does not object to this motion.

This Court, upon careful consideration of the motion of the Government, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Jessica Harris to November 21, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the Defendant in a speedy trial. Furthermore, failure to grant a continuance would deny new counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Jessica Harris is

RESET to November 21, 2011, at 9:30 a.m.

Dated this 19th day of October, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE